```
                              FILED
                           MISSOULA, MT

                         2007 JUL 31  AM 11 13

                           PATRICK E. DUFFY
                        BY _____
                              DEPUTY CLERK
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CAUSE NO. CR 07-32-M-DWM

vs.

FINDINGS & RECOMMENDATION
CONCERNING PLEA

JESSIE GAYLE HARRIS, SR.,

    Defendant.

---

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to the charge of unlawful user of a controlled substance in possession of a firearm, in violation of 18 U.S.C. § 922(g)(3), as set forth in the Indictment.

After examining the Defendant under oath, the Court determined that the guilty plea was knowingly, intelligently, and voluntarily entered; that the Defendant fully understands his constitutional rights and the extent to which such rights are waived; and that the offense charged and to which a guilty plea

PAGE 1

was entered contained each of the essential elements of the offense.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. I recommend that the Defendant be adjudged guilty and that sentence be imposed.[1] A presentence report has been ordered.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report.**

DATED this 31st day of July, 2007.

_____
Jeremiah C. Lynch
United States Magistrate Judge

---

[1] Objections to these Findings and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P. 59(b)(2).

PAGE 2